UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE G. CASTRO-URDIALES
("GABRIEL"), LUCIA R. MATALLANA
(HOMEOWNERS/BORROWERS),

        Plaintiffs,

      v.

LOANCARE LLC, et al.,

        Defendants.

No.  2:25-cv-3731 DJC AC PS

ORDER

Plaintiffs are proceeding in this action in pro se.  Pre-trial matters are accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).  This action was removed from San Joaquin County Superior Court on December 24, 2025.  ECF No. 1.  On December 30, 2025, defendant filed a motion to dismiss set to be heard on February 4, 2026.  ECF No. 4.  Pursuant to Local Rule 230(c), plaintiffs were required to file an opposition or notice of non-opposition within 14 days of the motion being filed.  In this case, the deadline was January 13, 2026.  Plaintiffs did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of February 4, 2026 is VACATED to be re-set as necessary.  Plaintiffs shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that

1

this case be dismissed for failure to prosecute.  The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order.  If plaintiffs fail to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDERED.

DATED: January 14, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE