UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE G. CASTRO-URDIALES and LUCIA R. MATALLANA,

Plaintiffs,

v.

LOANCARE, LLC and LAKEVIEW LOAN SERVICING, LLC,

Defendants.

No. 2:25-cv-3731 DJC AC (PS)

ORDER

Plaintiffs are proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 25, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 13. Plaintiffs have filed objections to the findings and recommendations. ECF No. 14. With respect specifically to the objections based on Plaintiffs' assertion that they have pled sufficient facts to assess standing, it is difficult for the Court to assess this objection in light of the failure to comply with Federal Rule of Civil Procedure Rule 8 in drafting the operative complaint. Given the dismissal of the Complaint under Rule 8 and 12(b)(6) with leave to amend, Plaintiffs are

encouraged to more directly and clearly state allegations to show their actual injuries in a First Amended Complaint.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 25, 2026 are adopted in full;

2. Plaintiffs' motion to remand (ECF No. 10) is DENIED;

3. Defendants' motion to dismiss (ECF No. 4) is GRANTED, but that plaintiffs are allowed to file a First Amended Complaint within 30 days of this order; and

4. This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: **August 27, 2026**



Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE