UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GABRIEL CASTRO-URDIALES and LUCIA R. MATALLANA,<br><br>Plaintiffs,<br><br>v.<br><br>LOANCARE, LLC and LAKEVIEW LOAN SERVICING, LLC,<br><br>Defendants. | No. 2:25-cv-3731 DJC AC PS<br><br><u>ORDER</u> |

On December 24, 2025, this case was removed to federal court. ECF No. 1. Defendants moved to dismiss (ECF No. 4) and the motion was grated, but plaintiffs were given an opportunity to file an amended complaint. ECF Nos. 13, 17. On August 28, 2026, plaintiffs were notified that they had 30 days to file their amended complaint. ECF No. 17. Plaintiffs have not filed an amended complaint, and the time to do so has passed.

IT IS HEREBY ORDERED that plaintiffs shall show cause, in writing, within 14 days, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended complaint within this timeframe

////

////

////

will serve as cause and will discharge this order. If plaintiffs fail to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: October 2, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE