UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE GABRIEL CASTRO-URDIALES and LUCIA R. MATALLANA,

Plaintiffs,

v.

LOANCARE, LLC and LAKEVEIW LOAN SERVICING, LLC.,

Defendants.

No. 2:25-cv-3731 DJC AC (PS)

FINDINGS AND RECOMMENDATIONS

Plaintiffs are proceeding in this action pro se, and the case was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On December 24, 2025, this case was removed to federal court. ECF No. 1. Defendants moved to dismiss (ECF No. 4) and the motion was granted, but plaintiffs were given an opportunity to file an amended complaint. ECF Nos. 13, 17. On August 28, 2026, plaintiffs were notified that they had 30 days to file their amended complaint. ECF No. 17. Plaintiffs did not file an amended complaint. On October 5, 2026, the court issued an order to show cause within 14 days why this case should not be dismissed for failure to prosecute. ECF No. 18. Plaintiffs have not responded to the court's orders, nor taken any action to prosecute this case.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to

manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without plaintiffs' participation, the court finds the factors weigh in favor of dismissal.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 23, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE